UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00567-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    COSME MOISES GOMEZ-PAZ,
2.    SERGIO ABRAHAM BELTRAN,
3.    RAFAEL PELAYO-ESCARDA,
4.    ESEQUIEL MEZA-TORRES, and
5.    LUIS ARMANDO CELAYA,

        Defendants.

---

## ORDER DENYING *EX PARTE* MOTION

---

**THIS MATTER** comes before the Court on Defendant Sergio Abraham Beltran's *Ex Parte* Motion (**#304**) requesting relief pursuant to the Criminal Justice Act.  Mr. Beltran has not made a sufficient factual or legal showing of his entitlement to the relief requested in the motion and it is therefore **DENIED**.

Dated this 1st day of December, 2011

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge