IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00567-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    COSME MOISES GOMEZ-PAZ,
2.    SERGIO ABRAHAM BELTRAN,
3.    RAFAEL PELAYO-ESCARDA,
4.    ESEQUIEL MEZA-TORRES, and
5.    LUIS ARMANDO CELAYA,

      Defendants.

---

### ORDER DENYING *EX PARTE* MOTION FOR APPOINTMENT OF FINGERPRINT EXPERT

---

**THIS MATTER** comes before the Court on Defendant Sergio Abraham Beltran's CJA *Ex Parte* Motion for Appointment of a Fingerprint Expert (**#302**), seeking appointment of a fingerprint expert to assist his defense. Mr. Beltran states that the Government has taken fingerprints of all the Defendants, including Mr. Beltran, and taken fingerprint evidence from the 12 plastic packages containing the controlled substances underlying the charges against Mr. Beltran. He believes the Government "has compared the Defendant's fingerprints with those lifted from some or all of the 12 plastic packages of controlled substances seized in this matter." Motion at 2.

However, in another filing responding to one of Mr. Beltran's motions, the Government affirmatively represented that fingerprint materials "were provided to the Defendant as potential

*Brady* material because his fingerprints were not identified during the analysis." **#300** at 22. Therefore, it does not appear that fingerprint evidence will be offered against Mr. Beltran.

Because Mr. Beltran does not show good cause for the appointment of a fingerprint expert, his motion is **DENIED**.

Dated this 6th day of December, 2011

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge